Bruce A. LOOMIS, Jon C. Stierle, Joseph W. Burge and Richard C. Leavy, Petitioners,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2008–3035.

United States Court of Appeals, Federal Circuit.

June 10, 2008.

Colin M. Lynch, Zazzali, Fagella, Nowak, Kleinbaum & Friedman, of Newark, NJ, argued for petitioners.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel; and Rosa M. Koppel, Deputy General Counsel.

Before MICHEL, Chief Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.